IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | C.A. No. 3:18-cv-02641-JMC-KDW |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| KAYDON CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

Upon Motion and good cause appearing, Plaintiff's Motion for Stay and Extensions, ECF No. 14, is *granted in part*.

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, no activity will take place in this litigation until the EEOC's funding is restored. As there are currently no pending deadlines established in this matter, there is no need for the case to be stayed at this time. Activity may resume in this matter when the EEOC's funding is restored.

IT IS SO ORDERED.

December 27, 2018
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge